UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZAMAAD G. ZOMALT, | ) | NO. CV 10-08724 JFW (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DAVID B. LONG, Acting Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 4/19/12

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE